| | | | |
|---|---|---|---|
| Rodriguez v. State | CAAP–11–0000578 | 04/30/2014 | Affirmed |
| Nakajima v. Nakajima | 29553 | 05/09/2014 | Affirmed |
| Medeiros v. Medeiros | CAAP–13–0002023 | 05/14/2014 | Vacated and Remanded |
| R2B Investors, LLC v. Reynolds | CAAP–11–0000684 | 05/14/2014 | Dismissed |
| Custino v. State, Dept. of Transp. | CAAP–11–0000570 | 05/15/2014 | Vacated in Part, Remanded and Affirmed |
| Federal Nat. Mortg. Ass'n v. Brown | CAAP–11–0000572 | 05/19/2014 | Vacated, Remanded and Dismissed |
| State v. Crilley | CAAP–13–0000185 | 05/28/2014 | Vacated and Remanded |
| Hanabusa v. Department of Environmental Services of City and County of Honolulu | 30517 | 05/30/2014 | Affirmed |
| Carr v. Buenger | CAAP–11–0000545 | 05/30/2014 | Affirmed |

| | | | | |
|---|---|---|---|---|
| Hussey v. Say | CAAP–13–0002225 | 05/12/2014 | Denied | 133 Hawai'i 229, 325 P.3d 641 |